Decided February 6, 2002

## COMMISSIONER OF THE DEPARTMENT OF LABOR *v.* MARY LOU WALL ET AL.

The petition by the defendant Gary R. Wall for certification for appeal from the Appellate Court (AC 22206) is denied.

*The appeal was withdrawn March 28, 2002.

*Gary R. Wall*, pro se, in support of the petition.

*Glenn A. Woods*, assistant attorney general, in opposition.

Decided February 6, 2002